No. 53122.—Miles Laboratories, Inc. v. United States, protest 144487–K (New York).

Opinion by Cole, J. It was stipulated that the merchandise is the same in all material respects as the concentrated ox gall and sheep gall the subject of G. D. Searle & Co. v. United States (21 Cust Ct. 112, C. D. 1138). The claim for free entry under paragraph 1669 was therefore sustained.

No. 53123.—G. D. Searle & Co. v. United States, protest 145291–K (New York).

Opinion by Cole, J. It was stipulated that the merchandise is the same in all material respects as the concentrated ox gall the subject of G. D. Searle & Co. v. United States (21 Cust Ct. 112, C. D. 1138). The claim for free entry under paragraph 1669 was therefore sustained.

No. 53124.—Van Gelder-Fanto Corp. et al. v. United States, protests 145326–K, etc. (New York).

Opinion by Cole, J. It was stipulated that the merchandise is the same in all material respects as the concentrated ox gall and sheep gall the subject of G. D. Searle & Co. v. United States (21 Cust. Ct. 112, C. D. 1138). The claim for free entry under paragraph 1669 was therefore sustained.

No. 53125.—American Ferment Co., Inc. v. United States, protests 145888–K, etc. (New York).

Opinion by Cole J. It was stipulated that the merchandise is the same in all material respects as the concentrated ox gall the subject of G. D. Searle & Co. v. United States (21 Cust. Ct. 112, C. D. 1138). The claim for free entry under paragraph 1669 was therefore sustained.

No. 53126.—G. D. Searle & Co. v. United States, protest 146028–K (New York).